PROB 22 (Rev. 2/88)

**07 CRIM. 645**

| | TRANSFER OF JURISDICTION | DOCKET # (Trans. Court) |
|---|---|---|
| | | 053L 2:92CR00459-001 A |
| | | DOCKET # (Rec. Court) |

NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE:

Mark St Pe'
185 East 85th Street
Apartment 33M
New York, New York 10028

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 17 2007

| DISTRICT | DIVISION | NAME OF SENTENCING JUDGE |
|---|---|---|
| Louisiana Eastern | New Orleans | Jay C. Zainey |

| Date of Supervised Release: | FROM | TO |
|---|---|---|
| | May 25, 2007 | May 24, 2010 |

**Offense**

Violations of the Federal Controlled Substances Act, the Federal Gun Control Act of 1968, and Conspiracy.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

United States District Court for the Eastern District of Louisiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District court for the Southern District of New York upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

DATE 6/11/07                    UNITED STATES DISTRICT JUDGE

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

United States District Court for the Southern District of New York

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

DATE JUL 17 2007                UNITED STATES DISTRICT JUDGE  7-17-07

JDH

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York

*Stamp: JUDGE SCHEINDLIN*