

P16301/J. Verga

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION OFFICE**

**MEMORANDUM**

| | |
|---|---|
| **TO:** | Jim Molinelli, Miscellaneous Clerk |
| **FROM:** | Jessica Verga, USPO |
| **RE:** | St.Pe', Mark |
| **DATE:** | July 12, 2007 |

**07 CRIM 645**

## ASSIGNMENT OF TRANSFER OF JURISDICTION

On March 2, 2004, the above-named individual was sentenced in the Eastern District of Louisiana outlined in the attached J & C.

In June 2007, we received the Prob. 22's endorsed by the Honorable Jay C. Zainey, U.S. District Court Judge, ordering Mr. St. Pe's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-0034.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Jessica Verga
U.S. Probation Officer